UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Crim. No. 18-592 |
| | : | |
| WILLIAM PEPE, | : | 21 U.S.C. § 846 |
| a/k/a "Billy" | : | |

# INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

Between in or about 2015 and in or about 2018, in Bergen County, in the District of New Jersey, and elsewhere, defendant

WILLIAM PEPE,
a/k/a "Billy,"

did knowingly and intentionally conspire with others to distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

In violation of Title 21, United States Code, Section 846.

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney

| CASE NUMBER: _____ |
|---|
| **United States District Court**<br>**District of New Jersey** |
| UNITED STATES OF AMERICA<br><br>v.<br><br>**WILLIAM PEPE,**<br>a/k/a "Billy" |
| **INFORMATION FOR**<br>21 U.S.C. § 846 |
| **CRAIG CARPENITO**<br>*UNITED STATES ATTORNEY*<br>*NEWARK, NEW JERSEY*<br><br>RAHUL AGARWAL<br>*ASSISTANT U.S. ATTORNEY*<br>*NEWARK, NEW JERSEY*<br>*973-297-4395* |